**IT IS ORDERED as set forth below:**

**Date: September 23, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-59904-SMS |
| | : | |
| CHRISTOPHER ADRIAN JONES and SARAH HENRY JONES, | : | CHAPTER 7 |
| | : | |
| Debtors. | : | |

**ORDER APPROVING TRUSTEE'S APPLICATION FOR APPOINTMENT OF ATTORNEYS, SUBJECT TO OBJECTION**

On September 14, 2026, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Rountree Leitman Klein & Geer, LLC ("**RLKG**" or "**Applicant**") as attorneys for Trustee [Doc. No. 20] (the "**Application**"). The Application and accompanying verified statement demonstrate that RLKG is a firm of attorneys qualified to practice in this Court and that RLKG is disinterested and represents no interest adverse

to Debtors or the estate. As this case justifies employment of a professional for the purpose specified, it is hereby

**ORDERED** that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ Applicant as Trustee's attorney during this Chapter 7 case; provided, however, nothing in this order is intended to approve any specific services to be rendered or to decide whether such services constitute legal services or the fulfilment of the trustee's duties. All such issues are reserved for resolution in connection with any applications for compensation filed in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016. It is further

**ORDERED** that compensation shall be paid to RLKG upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed counsel for Trustee. If an objection is timely filed, then proposed counsel for Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER, LLC

By: /s/ *Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
(404) 410-1220
*Proposed Attorneys for Trustee*

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Christopher Adrian Jones
5857 Tattersall Terrace
Buford, GA 30518

Sarah Henry Jones
5857 Tattersall Terrace
Buford, GA 30518

David M. Wittenberg
2024 Beaver Ruin Road
Norcross, GA 30071

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Suite 555
Atlanta, GA 30305

Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329